# Antin, Ehrlich & Epstein, LLP
## Attorneys at Law

49 West 37th Street, New York, New York 10018
Tel: (212) 221-5999 • Fax: (212) 221-6867

Scott W. Epstein
Jeffrey S. Antin

Noreen M. Letta

Thomas P. Kinney
Christine A. Sammarco
Melissa Kobernitski
Anthony V. Gentile
Samuil Serebryanyy

Of Counsel
Joseph L. Ehrlich

David I. Pankin, P.C.

Debra L. Babitch
Silbowitz, Garafola, Silbowitz
Schatz & Frederick, LLP

January 25, 2019

***Via Pacer***
Honorable Dora Lizette Irizarry
United States District Court
22 Cadman Plaza East
Brooklyn, NY 11201

Re:   Montaque v. Gorman et. ano.
      Docket No.: 18CV-06961

Dear Judge Irizarry:

We represent the plaintiff in the above-referenced action.

In response to the plaintiff's Complaint (Docket #1), the defendants pro se have filed a document (Docket # 6). Although styled more like an "Answer", it was filed as a "Motion to Dismiss".

The plaintiff respectfully requests a conference with the Court at its earliest convenience to discuss the above-referenced issue.

Thank you in advance for your consideration of this application.

Respectfully yours,

Scott W. Epstein

SWE:jh

cc: John Longo ***(Via FedEx)***